83,012-01

MR. RICARDO SANCHEZ MANCILLAS # 1819352
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

TO: THE COURT OF CRIMINAL APPEALS CLERK:

ABEL ACOSTA,                              DATED: MARCH 25,2015
P.O.BOX 12308, CAPITOL STATION,
AUSTIN, TEXAS 78711

RE: EX PARTE: RICARDO SANCHEZ MANCILLAS, CAUSE NUMBER:2012-CR-00838-W1

WR-83,012-01

Dear Acosta;

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 31 2015

Abel Acosta, Clerk

Greetings. Enclosed are the original of; Relator; Mancillas, motion for Extension of Time with Affidavit in support, and motion to Suspend with Affidavit in support herein.

Please file these motion's and affidavit's in this Court Appeals Criminal Appeals.

Attached to this letter is, a self-return-envelope for the "PD" new cause number, for my personal files.

A copy of these motion's and affidavit's has been forward to the following addresses;

BEXAR COUNTY TEXAS DISTRICT
CLERK: DONNA KAY McKINNEY,
101 W. NUEVA, SUITE 217,
SAN ANTONIO, TX 78205

BEXAR COUNTY TEXAS DISTRICT
ATTORNEY: NICHOLAS LAHOOD,
PAUL ELIZONDO TOWER,
101 W. NUEVA, 4TH FLOOR,
SAN ANTONIO, TX 78205

"Thank you, for your kind assistance in this matter."

MOTION DISMISSED
DATE: 4/20/2015
BY: PC

Respectfully submitted,

*Ricardo Sanchez Mancillas*

MR. RICARDO SANCHEZ MANCILLAS

RICARDO SANCHEZ MANCILLAS       §
            Relator,

VS,                          §   IN THE COURT OF CRIMINAL APPEALS
                                OF THE STATE OF TEXAS

SID HARLE                      §
       Respondent,

                            §

## RULE 79.6, TEXAS RULES OF APPELLATE PROCEDURE, RELATOR MOTION
## FOR EXTENSION OF TIME WITH AFFIDAVIT IN SUPPORT:

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

     Comes now, RICARDO SANCHEZ MANCILLAS, Relator-Undersigned, in the
Interest of Justice, file this motion for Extension of Time with Aff-
idavit In Support, in the said above caption, and will show the Court
the followings;

### I.
### JURISDICTIONS:

     Pursuant to; Rule 79.6, of the Texas Rules Of Appellate Procedure,
and under Article 5, Section 5, of the Texas Constitution, This Court
has jurisdiction to review the extension of time upon affidavit in sup-
port hereinafter.

### II.
### PARTIES:

     Relator; Mancillas, (sentence to 17-years by a grand-jury) for a
Robbery charge,(enhanced)in cause number;2012-CR-0083B,   is an inmate
incarcerated in the Texas Department of Criminal Justice Institution
(TDC).

     Respondent; Sid Harle, (Honorable Judge) is located in the District
Court 226TH Judicial, of Bexar County, Texas.

### III.
### FACTS AND PROCEDURAL HISTORY:

     On March 11,2015 Respondent; Harle, filed an "Order" dismissing
relator; Mancillas, Application State Writ of Habeas Corpus, for want
"verification."

*(Relator Extension Of Time)*

Contrast to Respondent; Harle, "Order!" It did notify relator; Mancillas that the Appication has been sent to the Court of Criminal Appeals.

Relator; Mancillas, asserts to amend second application with verification, inorder to prohibit-refiling a second application for Writ of Habeas Corpus, in the Interest of Justice.

## VI.
## SHOWING OF CAUSE:

Relator; Mancillas, attach to this; Motion for Extension of Time, his declaration, inorder to prove cause to this Honorable Court.

The undersigned apologize to this Honorable Court of the need for the extension of time. The undersigned request 60-days extended til May 31,2015. inorder to prepare a Amended writ Habeas Corpus "verification!" The Court will almost certainly uphold the governmental action.

## V.
## PRAYER:

WHEREFORE: Relator; Mancillas, prays the Honorable Court of Criminal Appeals, grants his motion for Extension of Time, as we'll see justice served in this instant case.

Respectfully submitted,

*Ricardo Sanchez Mancillas*
MR, RICARDO SANCHEZ MANCILLAS
TDC NO# 1819352
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

## VI.
## CERTIFICATE OF SERVICE:

Service has been accomplished by sending a copy of this instrument to the following addresses; Bexar County District Clerk; Donna Kay McKinney, at; 101 W. Nueva, Suite 217, San Antonio, Tx 78205/ District Attorney; Nicholas Lahood, at; Paul Elizondo Tower, 101 W. Nueva, 4TH Floor, San Antonio, Tx 78205/ Court of Criminal Appeals Clerk; Abel Acosta, at; P.O.BOX 12308, Capitol Station, Austin, Tx 78711.

Executed date; March 25,2015          Respectfully submitted,
*(Relator Extension of Time)*
Page 2 of 4,

*Ricardo Sanchez Mancillas*
MR, RICARDO SANCHEZ MANCILLAS

WRIT NO: WR-83,012-01

RICARDO SANCHEZ MANCILLAS          §
            Relator,

VS,                                §    IN THE COURT OF CRIMINAL APPEALS
                                        OF THE STATE OF TEXAS

SID HARLE                          §
        Respondent,
                                   §

## ORDER:

On this day came onto be heard, the foregoing Relator; Mancillas, motion for Extension of Time with Affidavit In Support, as it appears to this Court that it has merits.

IT IS THEREFORE ORDERED: In The Interest of Justice, that the relator; Mancillas, motion for Extension of Time is granted.

IT IS THEREFORE ORDERED: that the time is extended til May 31, 2015 inorder to prepare a Amended writ Habeas Corpus "verification" as no-more time will be giving after that dead-line.

IT IS THEREFORE FURTHER ORDERED: that the clerk of this Court, shall notify to all parties this "Order" being granted.

SIGNED on this the_____day of_____2015

_____
PRESIDING JUDGE

*(Relator Extension Of Time)*    Page 3 of 4,

RELATOR: MANCILLAS AFFIDAVIT IN SUPPORT FOR
EXTENSION OF TIME:

IN THE STATE OF TEXAS                §

COUNTY OF HARTLEY                    §        WRIT NO# WR-83,012-01

                                     §

## AFFIDAVIT:

BE IT ACKNOWLEDGED that I, RICARDO SANCHEZ MANCILLAS, the undersigned affiant, being of legal age, sound of mind, and able to make this affidavit, do hereby say under oath the followings;

A), I am incarcerated in the Texas Department of Criminal Justice Institution; of Hartley County Texas, Dalhart Unit, 11950 FM 998, Dalhart, Texas 79022;

B), On February 05,2015, The District Attorney; Jay Brandon, SBN: 02880500, of Bexar County Texas, (State Response to Application for Writ of Habeas Corpus) did not contest to the "verification":

C), MR. Brandon, did not notify Mancillas, of the lack "verification" into the application, inorder to make timely Amended writ Habeas Corpus "verification."

D), Mancillas, declare that, to avoid a second (subsequently) writ of Habeas Corpus application soley upon the same claim's and fact's, a Amended writ of habeas corpus application must be require inorder to prove further; "exercise due diligence," [if] the extension of time is Denied.

## DECLARATION:

I, declare under the Penalty of Perjury, that the said above fore-going is true and correct to the best of my knowledge, as this affidavit is freely made, presented to; V.T.C.A. TEX, CIV, PROC, REM, CODE, §§ 132.003 and 132.001, and 28,U.S.C.§ 1746.

Executed date; March 25,2015

Affiant; *Ricardo Sanchez Mancillas*
MR. RICARDO SANCHEZ MANCILLAS,
TDC NO# 1819352
DALHART UNIT
11950 FM 998
*(Relator Extension Of Time)*          DALHART, TEXAS 79022

Page 4 of 4,